# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 21-1087V

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
HOGLA PRADO,                  \*          Filed: March 30, 2022
\*
            Petitioner,        \*
\*
      v.                    \*
\*
SECRETARY OF HEALTH AND      \*
HUMAN SERVICES               \*
\*
            Respondent.      \*
\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER CONCLUDING PROCEEDINGS

This matter was initiated in March 2021. On March 30, 2022, pursuant to Vaccine Rule 21(a), Petitioner filed an unopposed motion for a decision dismissing her petition. *See* Motion, dated Mar. 30, 2022 (ECF No. 28).

Respondent has not filed a Rule 4(c) Report in this case, making dismissal appropriate under Rule 21(a)(1)(A). Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

                            s/ Brian H. Corcoran
                            Brian H. Corcoran
                            Chief Special Master